**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JENNIFER KIDD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:10-0020** |
| | ) | **Judge Campbell** |
| **CIGNA CORPORATION d/b/a CIGNA** | ) | |
| **GROUP INSURANCE, PHOTOFAX,** | ) | |
| **INC., CHRIS ISENHART, Individually,** | ) | |
| **and SELECT PHYSICAL THERAPY** | ) | |
| **HOLDINGS, INC. d/b/a SELECT** | ) | |
| **PHYSICAL THERAPY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby rules as follows:

(1) The Motion for Summary Judgment filed by Defendants Photofax, Inc. and Chris Isenhart (Docket No. 32), and the Motion for Summary Judgment filed by Defendant CIGNA Corporation d/b/a CIGNA Group Insurance (Docket No. 41) are hereby GRANTED IN PART and DENIED IN PART. Those Motions are GRANTED with respect to Plaintiff's negligent and intentional infliction of emotional distress/outrageous conduct claims, but DENIED with respect to Plaintiff's invasion of privacy and civil conspiracy claims;

(2) The Motion for Summary Judgment filed by Defendant Select Physical Therapy Holdings, Inc. d/b/a Select Physical Therapy (Docket No. 37) is hereby GRANTED, and that Defendant is hereby DISMISSED WITH PREJUDICE;

1

(3) CIGNA Corporation's Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 44) is hereby GRANTED, and Defendant "CIGNA Corporation d/b/a CIGNA Group Insurance" is hereby DISMISSED WITH PREJUDICE;

(4) Plaintiff Jennifer Kidd's Motion for Leave to Amend Complaint (Docket No. 77) is hereby GRANTED; and

(5) Plaintiff Jennifer Kidd's Motion for Review of Magistrate Judge's Order (Docket No. 55) is hereby GRANTED. In light of this ruling, the discovery deadline is extended to December 13, 2010 to give Defendants an opportunity to depose Plaintiff's expert. The Court will extend the dispositive motion deadline, if necessary, upon the filing of an appropriate motion.

This case remains set for a jury trial on February 22, 2011, at 9:00 a.m. with a pretrial conference on February 14, 2011, at 1:00 p.m.

It is SO ORDERED.

Todd J. Campbell
United States District Judge